Seth D. Mansergh, SBN 274892
smansergh@slenvironment.com
Kenneth A. Sansone, SBN 319982
ksansone@slenvironment.com
SL ENVIRONMENTAL LAW GROUP
175 Chestnut Street
San Francisco, CA 94133
Telephone: (415) 348-8300
Facsimile: (415) 348-8333

JS-6

Attorneys for Plaintiff CITY OF UPLAND

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF UPLAND, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE DOW CHEMICAL COMPANY, et al.<br><br>Defendants. | Case No. 5:19-cv-00842-MWF (SPx)<br><br>Judge: The Hon. Michael W. Fitzgerald<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

1     The Court has reviewed the parties' Stipulation (Docket No. 71) requesting
2 dismissal with prejudice of this matter as to Defendants The Dow Chemical
3 Company, Shell Oil Company and Nutrien Ag Solutions, Inc. For good cause
4 shown, the Court ORDERS the Stipulation of Dismissal with Prejudice is
5 GRANTED.
6     IT IS HEREBY ORDERED.

8 DATED: July 26, 2021

                                       MICHAEL W. FITZGERALD
                                       United States District Judge